IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK ALLEN,                )
                              )
            Plaintiff,        )
                              )
     v.                       )    1:20CV184
                              )
ESTHER BENNETT, et al.,       )
                              )
            Defendants.       )

### ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 24, 2021, was served on the parties in this action. (Docs. 7, 8.) Plaintiff objected to the Recommendation. (Doc. 9.)

Plaintiff's meager and vague objections do not invoke this court's de novo review. However, the court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

                                    /s/   Thomas D. Schroeder
                                    United States District Judge
October 4, 2021